# United States District Court
### Eastern District of Washington

JOSHUA A. HELLUMS

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

EDWARD CAMPBELL
CHRISTOPHER MEQUET
SHANE ANDERSON
BARBERA BARTZ

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

## 1:17-cv-03138-MKD

Case No. _____
(To be filled out by Clerk's
Office only)

## COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns
resulting from public access to electronic court files. Under this rule, papers filed
with the court should *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial
account number. A filing may include *only:* the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits
of a financial account number.
**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.**

---

RECEIVED

AUG 1 4 2017

CLERK, U.S. DISTRICT COURT
SPOKANE, WA

Page **1** of **10**
Rev. 10/2015

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)
       (federal defendants)

## II.    PLAINTIFF INFORMATION

HELLUMS, JoSHuA, A                          N/A
Name (Last, First, MI)                        Aliases

138256
Prisoner ID #

YAKIMA County Dept. OF Corrections
Place of Detention

111 North FronT STreeT
Institutional Address

Yakima, Yakima    WA,        98901
County, City            State        Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    *Campbell   Edward*
Name (Last, First)

*Director, Yakima County Jail*
Current Job Title

*111 N. Front Street*
Current Work Address

*Yakima          Washington        98901*
County, City                State              Zip Code


Defendant 2:    *Mequet  Christopher*
Name (Last, First)

*Supervisor Medical Department*
Current Job Title

*111 N. Front Street*
Current Work Address

*Yakima          Washington        98901*
County, City                State              Zip Code

**Defendant(s) Continued**

Defendant 3:    _Anderson Shane_

Name (Last, First)

_Mental Health Provider_

Current Job Title

_111 N. Front Street_

Current Work Address

_Yakima        Washington   98901_

County, City            State          Zip Code


Defendant 4:    _Bartz Barbera_

Name (Last, First)

_Medical Provider_

Current Job Title

_111 N. Front Street_

Current Work Address

_Yakima        Washington   98901_

County, City            State          Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:    *Yakima County Jail (YCDOC)*

Date(s) of occurrence: *From March 30, 2017 thur present date today.*

State which of your federal constitutional or federal statutory rights have been violated:

*Eigth Amendment "cruel and unusual punishments inflicted" by deliberate indifference to medical needs and treatment.*

State here briefly the FACTS that support your case. Describe how each defendant was
personally involved in the alleged wrongful actions, state whether you were physically injured as
a result of those actions, and if so, state your injury and what medical attention was provided to
you.

FACTS:

1) *Edward Campbell, "director," of the Yakima County Jail is responsible for all departments and employees of the Yakima County jail.*

2) *Christopher Mequet, is head of the medical department at the Yakima County Jail.*

3) *Shane Anderson, is the mental health provider.*

4) *Barbera Bartz, is the medical provider.*

*The following statement of events are in support of the denial of proper medical treatment, by deliberate indifference by each of the defendants. The events are in chronological order.*

3/30/2017 - Intake Screen by "Nurse -YCDOC", DEF: Chris MEQUET.
I, Joshua Hellums, Notified the ON-DUTY NURSE OF MY NEED For MEDICAL
ATTENTION regarding my Mental & physical health; Intake Screen Docum-
entation Lacks the explaintions, I provided - Nurse INICATED Refferals to
Medical (chronic care) as well as Mental health (REF: INTAKE (a)(b))
(REF: BK-1/6 (b) & 5/6 (d)) * PLEASE NOTE "DATE OF Source" BK-1/6 (a) & BK-1/6 (c)
- 4/19/2017 · Kite to MENTAL HEALTH, DEF: Shane Anderson
(3 weeks) AFTER INFORMING YCDOC Intake "NURSE" of MENTAL/physical
health ISSUES. FAILURE TO Follow up w/intake, I Kite to be SEEN.
(REF: EK-6/37 (a))
- 4/26/2017 · Kite (s) to MENTAL HEALTH, DEF: Shane Anderson
Re-enforcing my need to be Seen (REF: ek-7/37 (b) EK-9/37 (c))
*ZERO Action FROM MENTAL HEALTH Provider
- 5/1/2017 & 5/9/2017 · Kite (s) MEDICAL, DEF: Chris MEQUET
Informed DEFENDANT OF EXTREME MEDICAL ISSUES W/ALARMING
Symptoms OF SERIOUS ISSUES (REF: EK·11/37 (d)EK·16/37(i))
* RESPonse From Medical STAFF "Should off to be Seen" - *ZERO ACTION
- 5/2/2017 · Kite (s) MEDICAL, DEF: Chris MEQUET
FAILURE by DEFENDANT TO Follow up on Physical HEALTH ISSUES as
INdicated by (RS-1/4 (a)) I, Again Seek MEDICAL CARE (REF: EK-13/37-
(e) EK·14/37 (g)) * SEE EK·13/37 (f·1) - ZERO ACTION FROM STAFF
- 5/6 - 5/16/17 · Kite (s) MEDICAL, DEF : Chris MEQUET
Kites to MEDICAL INDICATING Increasing Severity of Symptoms
(REF: EK·15/37 (h), EK·16/37 (i), EK·17/37 (j), EK·18/37 (k), EK·19/37 (w)(m)
* RESPonse From MEDICAL STAFF "Should/add to be Seen * ZERO ACTION
- 5/16/17 · GRIEVENCE, DEF: ED CAMOBELL/chris MEQUET/ BARB BARTZ
(REF: EK·20/37 (p))
* Response: SEEN BY MEDICAL 5/17/17. "Sick Call" (REF·MD/MH-1 (6))
EXTENT OF VISIT; Rx · NAPROXEN for headaches - OTHER MAJOR
MEDICAL ISSUES · DISREGARDED- NOT ADDRESSED (EK-21/37 (8)

-5/12/2017 · MENTAL HEALTH Assessment  DEF: Shew Anderson
SEEN BY Carley Walker — Referral to Provider (DEF) For Rx  (REF: MD/MH·1 (a))
5/18/2017 · MENTAL HEALTH , DEF: Shew Anderson
Kite regarding Referral to Provider /Rx (REF: EK· 21/37 (r))
* RESPONSE FROM MENTAL HEALTH STAFF: "You Are Scheduled to See Provider today" –
DID NOT SEE A PROVIDER ON 5/18/2017 (REF· MD/MH·1)
—5/19/2017 · EMERGENCY ROOM VISIT, DEF: EDWARD/chris /BARBARA
                                       CAMPBELL/MEQUET / BAERTZ
UN-ADDRESSED MEDICAL ISSUES RESULT IN ER VISIT
* DIAGNOSIS — "SYNCOPE" (REF: VMMH P.001, (a)) (SEE: EK· 22/37 (s))
— 5/30/2017 · * GRIEVANCE * DEF; EDWARD CAMPBELL, Chris MEQUET
Kite regarding Vcdoc FAILURE TO Follow-up w/care Per VMMH DISCHARGE Inst.
(SEE: VMMH P.001) (REF: PK·1) (MD/MH·2 (b))
* RESPONSE FROM VCDOC, Lt. WELCH; "you were ... SEEN BY MEDICAL May 22." –
WAS NOT SEEN, "MAY 22", (SEE· MD/MH·1+2)
— 6/2/2017 · YaKima County Sup. Court ORDER FOR MEDICAL Tx (REF· C·1)
÷ 5/21/2017 – 5/22/2017 · Kite(S) MENTAL HEALTH DEF: Shew Anderson
Kites Regarding Ongoing ISSUES (REF: EK· 23/37 (u)(v)
* RESPONSE FROM MENTAL HEALTH STAFF, "Scheduled to be Seen" – ZERO ACTION
— 5/23/2017 · Kite to MEDICAL, DEF: Chris MEQUET
Kite Detailing MEDICAL ISSUES w/ Lack of Care (REF: EK· 24/37 (w) SEE NOTE:)
* RESPONSE FROM MEDICAL STAFF "Scheduled to be Seen" ZERO ACTION
— 5/25/2017 · PsCH EVAL w/ Provider  DEF: Shew Anderson
Rx given to effect blood Pressure, know of incident ON 5/19.
(REF: EK· 26/37 (y·1) )(EK· 27/37 (z))
— 6/14 – 6/28/2017 · Kite(S) MENTAL HEALTH, DEF: Shew Anderson
Kites Regarding still un-addressed ISSUES (REF: EK· 36/37 (A·1)(A·3)(A·5)
* RESPONSE FROM MENTAL HEALTH STAFF "Scheduled to be Seen" ZERO ACTION
    Defendant Edward Campbell has
been add as a defendant pursuant
to his responsibility as Director to

control all the operations of the Yakima
County Jail (Doc)

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No
  If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No
  If no, explain why not:

Failure to responed after repeated
submitted grievances, on denial of
medical treatment should infer the
grievance process is exhausted.
    Note:(Documentation Enclosed)

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

It is here by ask because of the
seriousness, a life threating possibility
of a brain disorder, by the increasing
symptoms, pain and disorder this
Honorable Court order Defendants to
have a doctor that speicalizes in
brain Trauma, so it can competently be
found out the severity the damage to my brain.
pursuant to my on going symtoms.

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?    ☐ Yes    ☑ No

      If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

July 31, 2017
Dated

Plaintiff's Signature

Hellums   Joshua   A.
Printed Name (Last, First, MI)

138256
Prison Identification #

Yakima County Jail
111 N. Front Street   Yakima,   WA.   98901
Prison Address                                  City                          State        Zip Code